UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| HEALTHCARE MANAGEMENT SYSTEMS, INC., | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) No. 3:12-0845 ) Judge Sharp |
| SYNTEL LIMITED and SYNTEL, INC., | ) ) |
| Defendants. | ) |

## ORDER

For the reasons set forth in the accompanying Memorandum, Defendants' Motion to Compel Arbitration and Stay Pending Completion of Arbitration (Docket No. 30) is hereby GRANTED, the parties are ORDERED to arbitrate their dispute in accordance with their agreement to arbitrate, and this case is hereby STAYED pending completion of the arbitration proceedings. In light of these rulings, Defendants' Motion to Dismiss (Docket No. 11) is hereby DENIED AS MOOT, as is their Motion for Oral Argument (Docket No. 26).

The Clerk of the Court is directed to ADMINISTRATIVELY CLOSE this as a pending case.

It is SO ORDERED.

_____
KEVIN H. SHARP
UNITED STATES DISTRICT JUDGE